DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ALLEN CULVERSON,<br><br>  Plaintiff,<br><br>  vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>  Defendant. | Case No. 1:21-cv-01033-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF No. 19) |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from June 8, 2022 to July 8, 2022, for Plaintiff to serve on defendant with REPLY BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's third request for an extension of time.  Counsel has recently returned to San Francisco, California and requires the additional time to ensure the timely submission of briefing assignments currently on calendar. Counsel is catching up on past due assignments as she has been out of the state for several months due to her father's current health issues. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant

1

1  does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any
2  inconvenience this may cause.

                                      Respectfully submitted,

Dated: June 8, 2022            PENA & BROMBERG, ATTORNEYS AT LAW


                               By: */s/ Dolly M. Trompeter*
                                  DOLLY M. TROMPETER
                                  Attorneys for Plaintiff


Dated: June 8, 2022            PHILLIP A. TALBERT
                                  United States Attorney
                                  PETER K. THOMPSON
                                  Acting Regional Chief Counsel, Region IX
                                  Social Security Administration


                               By:   **/s/ Margaret Lehrkind*
                                  Margaret Lehrkind
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant
                                  (*As authorized by email on June 8, 2022)

**ORDER**

Based on the above stipulation (ECF No. 19), IT IS ORDERED that Plaintiff shall file Plaintiff's reply no later than July 8, 2022.

IT IS SO ORDERED.

Dated:   **June 9, 2022**                              /s/ Erica P. Grosjean
                                                                   UNITED STATES MAGISTRATE JUDGE