DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JASON CULVERSON,<br><br>          Plaintiff,<br><br>     vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>          Defendant. | Case No. 1:21-cv-01033-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF No. 21) |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 21-day extension of time, from July 8, 2022 to July 29, 2022, for Plaintiff to serve on defendant with PLAINTIFFS REPLY BRIEF. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's fourth request for an extension of time.  This request is is made in good faith with no intention to further delay this matter. However, Plaintiff's Counsel has contracted symptomatic-COVID.  (See Declaration by Dolly M. Trompeter)

Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

1

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: July 8, 2022 | PENA & BROMBERG, ATTORNEYS AT LAW |
| 3 | | |
| 4 | | By: */s/ Dolly M. Trompeter* |
| 5 | | DOLLY M. TROMPETER<br>Attorneys for Plaintiff |

Dated: July 8, 2022       PHILLIP A. TALBERT
                          United States Attorney
                          PETER K. THOMPSON
                          Acting Regional Chief Counsel, Region IX
                          Social Security Administration

                          By:  *\*/s/ Margaret Lehrkind*
                          Margaret Lehrkind
                          Special Assistant United States Attorney
                          Attorneys for Defendant
                          (*As authorized by email on July 8, 2022)

**ORDER**

Based on the above stipulation (ECF No. 21), IT IS ORDERED that Plaintiff shall file Plaintiff's reply no later than July 29, 2022.

IT IS SO ORDERED.

Dated:   **July 11, 2022**                              /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE